# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147258(20)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ROGER L. LYLES,
       Defendant-Appellant.

SC: 147258
COA: 313808
Saginaw CC: 76-000293-FY

_____/

On order of the Court, the motion for reconsideration of this Court's September 30, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

d0127